HENRY V. V. HINMAN agt. WILLIAM H. MAMBRAT.

A declaration entitled *generally* of a term, at which the *capias* is made returnable at a *particular day* in term, to wit, the second Saturday, will be set aside as irregular.   (2 *Wend.* 525; 18 *Wend.* 534.)

McCormick agt. Fullerton.

*June Term,* 1846.

MOTION by defendant to set aside judgment, for irregularity.

This suit was commenced by *capias ad respondendum,* tested the first Monday of January, 1846, and made returnable the 17th January, 1846, being the second Saturday of the same term. On the 20th May, 1846, a declaration was filed and a copy served on defendant's attorney, both of which were entitled *generally,* "of the term of January, 1846." Defendant's counsel cited 3 *T. R.* 42; *Burrill's Pr.* 120; 1 *Tidd's Pr.* 430; 2 *Wend.* 525; 18 *Wend.* 534.

J. H. REYNOLDS, *defendant's counsel.*

WM. H. TOBEY, *defendant's attorney.*

C. P. SCHERMERHORN, *plaintiff's counsel and attorney.*

JEWETT, Justice. Granted the motion with costs, with leave to plaintiff to amend, on the authorities cited by defendant's counsel.

———◄•●•►———

\*JACOB McCORMICK agt. JAMES J. FULLERTON. [\*159]